

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-17-00730-CR

Terrence Jerome **BYRD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9362W
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

    Court reporter Mona Arevalos has filed a notification of late reporter's record, requesting an extension to February 28, 2018. We GRANT the extension. The reporter's record is due February 28, 2018.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court